```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 03230
   DESHAUN WALKER
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4073

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/13/2008 and was not confirmed.

     The case was dismissed without confirmation 04/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED         467.81           .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         164.00           .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         ---------------    ---------------
TOTALS                       .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 07/22/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```